# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2020

159231

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

MICHAEL EUGENE BARNER,
　　　　Defendant-Appellant.
_____/

SC: 159231
COA: 345901
Berrien CC: 2011-003033-FC

　　　　By order of October 3, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the January 10, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Berrien Circuit Court for an evidentiary hearing. The court shall determine whether the defendant's trial counsel was ineffective in regard to the information and advice counsel provided to the defendant about the plea offer and, if trial counsel was ineffective, the court shall reconsider that portion of the defendant's motion for relief from judgment.

　　　　We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2020



Clerk

p0311